1  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (SBN 175783)
2    fbottini@bottinilaw.com
   Albert Y. Chang (SBN 296065)
3    achang@bottinilaw.com
4  Yury A. Kolesnikov (SBN 271173)
     ykolesnikov@bottinilaw.com
5  7817 Ivanhoe Avenue, Suite 102
   La Jolla, California 92037
6  Telephone:    (858) 914-2001
   Facsimile:    (858) 914-2002
7
   *Counsel for Plaintiff Alfio Conti*
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFIO CONTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO ASSOCIATION OF REALTORS, NATIONAL ASSOCIATION OF REALTORS, GREATER SAN DIEGO ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., COMPASS SF I, INC., SOTHEBY'S INTERNATIONAL REALTY, HOMESERVICES OF AMERICA, INC., RODEO REALTY, INC., RE/MAX HOLDINGS, INC., and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 3:21-cv-1934-VC<br><br>**Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure** |

1 | PLEASE TAKE NOTICE THAT under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Alfio Conti voluntarily dismisses this action without prejudice.

Dated: May 27, 2021

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)

<u>       s/ Albert Y. Chang       </u>
Albert Y. Chang

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile:   (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Counsel for Plaintiff Alfio Conti*